```
Label Matrix for local noticing          BBVA - Compass Bank                      Balch Springs Grandys
0540-4                                   P O Box 192                              12011 Elam Rd.
Case 19-40762                            Birmingham, AL 35201-0192                Balch Springs, TX 75180-2822
Eastern District of Texas
Sherman
Mon Mar 25 08:37:33 CDT 2019

Captain D's LLC                          Del Taco                                 Denton Grandys
624 Grassmere Park Drive, Ste. 30        25521 Commercentre Drive, Suite 200      3450 E. McKinney St.
Nashville, TN 37211-3671                 Lake Forest, CA 92630-8872               Denton, TX 76209-6435


Fortworth Grands                         Frisco Grandys                           Funding Circle
7201 Camp Bowie Blvd.                    8333 Preston Rd.                         747 Front Street
Fort Worth, TX 76116                     McKinney, TX 75069                       4th Floor
                                                                                  San Francisco California 94111-1922


Garland Grandys                          Grandy's                                 Grandy's
2155 Northwest Hwy                       8820 Fm423                               Michael T. Folks
Garland, TX 75041-4839                   McKinney, TX 75070                       624 Grassmere Park Drive
                                                                                  Suite 30
                                                                                  Nashville, TN 37211-3671


Green Bank                               (p)INTERNAL REVENUE SERVICE              International Restaurant Group, LLC
4000 Greenbriar St                       CENTRALIZED INSOLVENCY OPERATIONS        2002 Candlewyck Crossing
Houston, TX 77098-5204                   PO BOX 7346                              Allen, TX 75013-5604
                                         PHILADELPHIA PA 19101-7346


Jim Miller Grandys                       Lewisville Grandys                       Eric A. Liepins
8228 E. RL Thornton Fwy.                 401 S. Stemmons Frw.                     12770 Coit Road
Dallas, TX 75228-7104                    Lewisville, TX 75067-4558                Suite 1100
                                                                                  Dallas, TX 75251-1329


Mckinney Grandys                         Mesquite Grandys                         Polk Grandys
1614 W. University Rd.                   2009 Town East Blvd.                     3738 Marvin D Love Frwy
McKinney, TX 75069-3444                  Mesquite, TX 75150-4037                  Dallas, TX 75224-4414


Rockwall Grandys                         Skillman Captain Ds.                     U.S. Attorney General
726 I-30 Frontage Rd.                    6216 Retail Rd.                          Department of Justice
Rockwall, TX 75087                       Dallas, TX 75231-7825                    Main Justice Building
                                                                                  10th & Constitution Ave., NW
                                                                                  Washington, DC 20530-0001


US Trustee                               Valwood Grandys
Office of the U.S. Trustee               1753 I-35
110 N. College Ave.                      Carrollton, TX 75006-7417
Suite 300
Tyler, TX 75702-7231
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
1100 Commerce
Mail Code 5027
Dallas, TX 75242

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)State of Texas
Autin, TX

End of Label Matrix
Mailable recipients   25
Bypassed recipients    1
Total                 26