IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| INTERNATIONAL RESTAURANT | § | CASE NO. 19-40762-btr-11 |
| GROUP, L.L.C., | § | |
| | § | |
| | § | |
| Debtor. | § | |

**ORDER GRANTING MOTION TO COMPEL DEBTOR-IN-POSSESSION TO ASSUME OR REJECT LEASE OF NONRESIDENTIAL REAL PROPERTY LOCATED AT 8820 FM 423, FRISCO, TEXAS**

CAME ON for consideration the Motion of Simplicity Capital LLC ("Movant") to Compel Assumption or Rejection of that certain Lease of Nonresidential Real Property located at 8820 FM 423, Frisco, Texas (the "Motion"), and adequate notice of the hearing on the Motion having been given pursuant to the Federal Rules of Bankruptcy Procedure and the Motion having been properly served on the Debtor and its counsel pursuant to the Federal Rules of Bankruptcy Procedure, and the Court finds that the Debtor should be compelled to perform its obligations under 11 U.S.C. §365(d)(3), assume or reject the Lease as said term is defined in the Motion and that the Motion should be granted. It is therefore

ORDERED that the Motion of Simplicity Capital LLC to Compel Assumption or Rejection of that certain Lease of Nonresidential Real Property located at 8820 FM 423, Frisco, Texas be and the same is hereby granted as set forth below; it is further

ORDERED that the Debtor shall pay its postpetition obligations under the Lease (as said terms is defined in the Motion) to Movant within five (5) days of entry of this order; it is further

ORDERED that the Debtor continue to pay its postpetition obligations under the Lease and

perform thereunder until such time as the Debtor assumes or reject the Lease; it is further

ORDERED that the Debtor shall assume or reject the Lease no later than thirty (30) days from the date of this order.

##end of order##

APPROVED:

SCHEEF & STONE, L.L.P.
2600 Network Boulevard
Suite 400
Frisco, Texas 75034
Telephone: 214.472.2100
Telecopier: 214.472.2150
Email: patrick.schurr@solidcounsel.com


By: /s/ Patrick J. Schurr
    Patrick J. Schurr
    State Bar No. 17853530

ATTORNEYS FOR SIMPLICITY CAPITAL LLC