| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 19-40762<br>Eastern District of Texas<br>Sherman<br>Fri Apr 12 10:17:49 CDT 2019 | BBVA - Compass Bank<br>PO Box 192<br>Birmingham, AL 35201-0192 | Balch Springs Grandys<br>12011 Elam Rd.<br>Balch Springs, TX 75180-2822 |
| Captain D's LLC<br>624 Grassmere Park Drive, Ste. 30<br>Nashville, TN 37211-3671 | Carrollton-Farmers Branch ISD<br>c/o Perdue Brandon Fielder et al<br>1919 S Shiloh Rd<br>#310, LB 40<br>Garland, TX 75042 | City of Frisco<br>Linebarger, Goggan, Blair & Sampson, LLC<br>c/o Laurie A. Spindler<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207-2328 |
| City of Garland<br>c/o Perdue Brandon Fielder et al<br>1919 S Shiloh Rd<br>#310, LB 40<br>Garland, TX 75042 | Dallas County<br>Linebarger, Goggan, Blair & Sampson, LLC<br>c/o Laurie A. Spindler<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207-2328 | Del Taco<br>25521 Commercentre Drive, Suite 200<br>Lake Forest, CA 92630-8872 |
| Denton Grandys<br>3450 E. McKinney St.<br>Denton, TX 76209-6435 | Fortworth Grands<br>7201 Camp Bowie Blvd.<br>Fort Worth, TX 76116 | Frisco Grandys<br>8333 Preston Rd.<br>McKinney, TX 75069 |
| Funding Circle<br>747 Front Street 4th Floor<br>San Francisco, CA 94111-1922 |  | Garland Grandys<br>2155 Northwest Hwy<br>Garland, TX 75041-4839 |
| Garland ISD<br>% Perdue Brandon Fielder Et Al<br>1919 S. Shiloh Rd<br>Suite 310, LB 40<br>Garland, TX 75042-8234 | Ryan C. Gentry<br>Nowak & Stauch, LLP<br>10000 N. Central Expy., Ste. 1040<br>Dallas, TX 75231-2322 | Grandy's<br>8820 Fm423<br>McKinney, TX 75070 |
| Grandy's<br>Michael T. Folks<br>624 Grassmere Park Drive Suite 30<br>Nashville, TN 37211-3671 | Green Bank<br>4000 Greenbriar St<br>Houston, TX 77098-5204 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| International Restaurant Group, LLC<br>2002 Candlewyck Crossing<br>Allen, TX 75013-5604 | Jim Miller Grandys<br>8228 E. RL Thornton Fwy.<br>Dallas, TX 75228-7104 | Lewisville Grandys<br>401 S. Stemmons Frw.<br>Lewisville, TX 75067-4558 |
| Lewisville ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie A. Spindler<br>2777 N. Stemmons Frwy<br>Suite 1000<br>Dallas, TX 75207-2328 |  | Eric A. Liepins<br>12770 Coit Road<br>Suite 1100<br>Dallas, TX 75251-1329 |
| Shelley A. Marmon<br>2727 Allen Parkway, Ste. 1700<br>Houston, TX 77019-2125 | Mckinney Grandys<br>1614 W. University Rd.<br>McKinney, TX 75069-3444 | Mesquite Grandys<br>2009 Town East Blvd.<br>Mesquite, TX 75150-4037 |

| | | |
|---|---|---|
| Polk Grandys<br>3738 Marvin D Love Frwy<br>Dallas, TX 75224-4414 | Linda Reece<br>1919 S. Shiloh Road, Suite 310, LB 40<br>Garland, TX 75042-8234 | Rockwall CAD<br>Linebarger, Goggan, Blair & Sampson, LLC<br>c/o Laurie A. Spindler<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207-2328 |
| Rockwall Grandys<br>726 I-30 Frontage Rd.<br>Rockwall, TX 75087 | Patrick J. Schurr<br>Scheef & Stone, L.L.P.<br>2600 Network Boulevard<br>Suite 400<br>Frisco, TX 75034-6010 |  |
| Skillman Captain Ds.<br>6216 Retail Rd.<br>Dallas, TX 75231-7825 | | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | Valwood Grandys<br>1753 I-35<br>Carrollton, TX 75006-7417 | |

