
EOD
04/24/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE                                              §
                                                   §
INTERNATIONAL RESTAURANT GROUP, LLC §      CASE 19-40762
                                                   §
   DEBTOR                                          §

ORDER ON
APPLICATION FOR AUTHORITY
TO EMPLOY COUNSEL FOR DEBTOR

Came on this day the Application for Authority to Employ Counsel for Debtor. The Court having reviewed the pleadings and heard argument of counsel is of the opinion for the reasons set forth in open Court, that said Application should be granted. It is accordingly,

ORDERED, ADJUDGED, and DECREED that Eric A. Liepins and the law firm of Eric A. Liepins, P.C., are hereby approved as counsel of record for the Debtor effective as of March 22, 2019.

Signed on 4/24/2019

                                        _____ SR
                                        HONORABLE BRENDA T. RHOADES,
                                        UNITED STATES BANKRUPTCY JUDGE

```
                           United States Bankruptcy Court
                             Eastern District of Texas
In re:                                                                  Case No. 19-40762-btr
International Restaurant Group, LLC                                     Chapter 11
         Debtor             CERTIFICATE OF NOTICE
District/off: 0540-4          User: tyrones                Page 1 of 2          Date Rcvd: Apr 24, 2019
                              Form ID: pdf400              Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2019.
db             +International Restaurant Group, LLC,    2002 Candlewyck Crossing,    Allen, TX 75013-5604
intp           +Al Rahum Enterprises, LLC,    2002 Candlewyck Crossing,    Allen, TX 75013-5604
intp           +Al Rahum Holdings, LLC,    2002 Candlewyck Crossing,    Allen, TX 75013-5604
cr              Carrollton-Farmers Branch ISD,    c/o Perdue Brandon Fielder et al,    1919 S Shiloh Rd,
                 #310, LB 40,    Garland, TX   75042
cr              City of Garland,    c/o Perdue Brandon Fielder et al,    1919 S Shiloh Rd,   #310, LB 40,
                 Garland, TX   75042
cr             +Funding Circle,    747 Front Street 4th Floor,    San Francisco, CA 94111-1922
cr             +Garland ISD,    % Perdue Brandon Fielder Et Al,    1919 S. Shiloh Rd,   Suite 310, LB 40,
                 Garland, TX 75042-8234
cr             +Grandy's, LLC,    Nowak & Stauch, PLLC,   c/o Ryan C. Gentry,    10000 North Central Expressway,
                 Suite 1040,    Dallas, TX 75231-2322
cr             +Grandys, LLC,    1051 Bridgewood Dr,   Fort Worth, TX 76112-0803
cr             +Lewisville ISD,    c/o Laurie A. Spindler,    2777 N. Stemmons Frwy,   Suite 1000,
                 Dallas, TX   75207,    UNITED STATES 75207-2328
cr             +Simplicity Capital LLC,    c/o Patrick J. Schurr,    SCHEEF & STONE, L.L.P.,
                 2600 Network Bouevard,    Suite 400,   Frisco, Te 75034-6010
7661586        +Balch Springs Grandys,    12011 Elam Rd.,   Balch Springs, TX 75180-2822
7663354        +City of Frisco,    Linebarger, Goggan, Blair & Sampson, LLC,    c/o Laurie A. Spindler,
                 2777 N. Stemmons Freeway Suite 1000,    Dallas, TX 75207-2328
7668657        +Dallas County,    Linebarger, Goggan, Blair & Sampson, LLC,    c/o Laurie A. Spindler,
                 2777 N. Stemmons Freeway Suite 1000,    Dallas, TX 75207-2328
7661589        +Del Taco,    25521 Commercentre Drive, Suite 200,    Lake Forest, CA 92630-8872
7661590        +Denton Grandys,    3450 E. McKinney St.,   Denton, TX 76209-6435
7678381         FC Marketplace, LLC,    c/o Becket and Lee LLP,    PO Box 3002,   Malvern PA 19355-0702
7661591         Fortworth Grands,    7201 Camp Bowie Blvd.,    Fort Worth, TX 76116
7661592         Frisco Grandys,    8333 Preston Rd.,   McKinney, TX 75069
7661593        +Funding Circle,    747 Front Street,   4th Floor,    San Francisco California 94111-1922
7661594        +Garland Grandys,    2155 Northwest Hwy,   Garland, TX 75041-4839
7661596        +Grandy's,    Michael T. Folks,   624 Grassmere Park Drive,    Suite 30,
                 Nashville, TN 37211-3671
7661595         Grandy's,    8820 Fm423,    McKinney, TX 75070
7661597        +Green Bank,    4000 Greenbriar St,   Houston, TX 77098-5204
7661599        +Jim Miller Grandys,    8228 E. RL Thornton Fwy.,    Dallas, TX 75228-7104
7661600        +Lewisville Grandys,    401 S. Stemmons Frw.,    Lewisville, TX 75067-4558
7663353        +Lewisville ISD,    Linebarger, Goggan, Blair & Sampson, LLC,    c/o Laurie A. Spindler,
                 2777 N. Stemmons Freeway Suite 1000,    Dallas, TX 75207-2328
7661601        +Mckinney Grandys,    1614 W. University Rd.,    McKinney, TX 75069-3444
7661602        +Mesquite Grandys,    2009 Town East Blvd.,    Mesquite, TX 75150-4037
7661603        +Polk Grandys,    3738 Marvin D Love Frwy,    Dallas, TX 75224-4414
7671716        +Rockwall CAD,    Linebarger, Goggan, Blair & Sampson, LLC,    c/o Laurie A. Spindler,
                 2777 N. Stemmons Freeway Suite 1000,    Dallas, TX 75207-2328
7661604         Rockwall Grandys,    726 I-30 Frontage Rd.,    Rockwall, TX 75087
7661605        +Skillman Captain Ds.,    6216 Retail Rd.,    Dallas, TX 75231-7825
7661607        +Valwood Grandys,    1753 I-35,   Carrollton, TX 75006-7417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
7661587         E-mail/Text: defaultspecialty.us@bbva.com Apr 25 2019 01:51:44      BBVA - Compass Bank,
                 P O Box 192,    Birmingham, AL 35201-0192
7661588        +E-mail/Text: mike_folks@captainds.com Apr 25 2019 01:51:58      Captain D's LLC,
                 624 Grassmere Park Drive, Ste. 30,    Nashville, TN 37211-3671
7661598         E-mail/Text: cio.bncmail@irs.gov Apr 25 2019 01:51:26      IRS,    1100 Commerce,
                 Mail Code 5027,    Dallas, TX 75242
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7661606         State of Texas,    Autin, TX
cr*             BBVA - Compass Bank,    PO Box 192,   Birmingham, AL 35201-0192
cr*            +Balch Springs Grandys,    12011 Elam Rd.,    Balch Springs, TX 75180-2822
cr*            +Captain D's LLC,    624 Grassmere Park Drive, Ste. 30,    Nashville, TN 37211-3671
cr*            +Del Taco,    25521 Commercentre Drive, Suite 200,    Lake Forest, CA 92630-8872
cr*            +Denton Grandys,    3450 E. McKinney St.,    Denton, TX 76209-6435
cr*             FC Marketplace, LLC,    c/o Becket and Lee LLP,    PO Box 3002,   Malvern, PA 19355-0702
cr*             Fortworth Grands,    7201 Camp Bowie Blvd.,    Fort Worth, TX  76116
cr*             Frisco Grandys,    8333 Preston Rd.,   McKinney, TX   75069
cr*            +Garland Grandys,    2155 Northwest Hwy,    Garland, TX 75041-4839
cr*            +Grandy's,    Michael T. Folks,   624 Grassmere Park Drive Suite 30,    Nashville, TN 37211-3671
cr*             Grandy's,    8820 Fm423,    McKinney, TX  75070
cr*            +Green Bank,    4000 Greenbriar St,   Houston, TX 77098-5204
cr*            ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: IRS,    1100 Commerce,    Mail Code 5027,   Dallas, TX  75242)
cr*            +Jim Miller Grandys,    8228 E. RL Thornton Fwy.,    Dallas, TX 75228-7104
cr*            +Lewisville Grandys,    401 S. Stemmons Frw.,    Lewisville, TX 75067-4558
```

```
District/off: 0540-4          User: tyrones                Page 2 of 2              Date Rcvd: Apr 24, 2019
                              Form ID: pdf400              Total Noticed: 37

              ***** BYPASSED RECIPIENTS (continued) *****
cr*        +Mckinney Grandys,    1614 W. University Rd.,    McKinney, TX 75069-3444
cr*        +Mesquite Grandys,    2009 Town East Blvd.,    Mesquite, TX 75150-4037
cr*        +Polk Grandys,    3738 Marvin D Love Frwy,    Dallas, TX 75224-4414
cr*         Rockwall Grandys,    726 I-30 Frontage Rd.,    Rockwall, TX  75087
cr*        +Skillman Captain Ds.,    6216 Retail Rd.,    Dallas, TX 75231-7825
                                                                                               TOTALS: 1, * 20, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2019 at the address(es) listed below:
          Eric A. Liepins    on behalf of Debtor   International Restaurant Group, LLC eric@ealpc.com,
           martha@ealpc.com;r56883@notify.bestcase.com
          Eric A. Liepins    on behalf of Debtor   Al Rahum Holdings, LLC eric@ealpc.com,
           martha@ealpc.com;r56883@notify.bestcase.com
          Eric A. Liepins    on behalf of Debtor   Al Rahum Enterprises, LLC eric@ealpc.com,
           martha@ealpc.com;r56883@notify.bestcase.com
          Laurie A. Spindler    on behalf of Creditor   Lewisville ISD laurie.spindler@lgbs.com,
           Dora.Casiano-Perez@lgbs.com
          Linda  Reece    on behalf of Creditor    Carrollton-Farmers Branch ISD lreece@pbfcm.com
          Linda  Reece    on behalf of Creditor    City of Garland lreece@pbfcm.com
          Linda  Reece    on behalf of Creditor    Garland ISD lreece@pbfcm.com
          Patrick J. Schurr    on behalf of Creditor    Simplicity Capital LLC
           patrick.schurr@solidcounsel.com, kari.stanish@solidcounsel.com
          Ryan C. Gentry    on behalf of Creditor    Grandy's, LLC rgentry@ns-law.net
          Shelley A. Marmon    on behalf of Creditor    Green Bank samarmon@cjmlaw.com
          Thomas Richard Stauch    on behalf of Creditor    Grandys, LLC lpadilla@ns-law.net
          Thomas Richard Stauch    on behalf of Creditor    Grandy's, LLC lpadilla@ns-law.net
          US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV
                                                                                               TOTAL: 13
```