
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| INTERNATIONAL RESTAURANT GROUP, LLC | § | Case no.19-40762-11 |
| | § | (Jointly Administered) |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

ORDER ON MOTION TO REJECT LEASES

CAME ON to be considered this day the Motion of International Restaurant Group, LLC ("IRG") Debtor to Reject Leases ("Motion"). The Court having reviewed the Motion is of the opinion the Motion is well founded and should be Granted. IT is accordingly,

ORDERED, ADJUDGED AND DECREED the Debtor's leases with Del Taco, LLC for locations at 6212 Retail Road, Dallas, Texas, 1614 W. University Drive, McKinney, Texas and 8333 Preston Road, Frisco, Texas are hereby rejected.

Signed on 6/7/2019

_Brenda T. Rhoades_     SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE