Revised: 9/3/2015

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
Sherman ▼ DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # 4:19-bk-40762

Style/Parties: In re International Restaurant Group, LLC

2. Applicant is representing the following party/ies: Gordon Food Service, Inc.

3. Applicant was admitted to practice in Illinois (state) on 11/05/1998 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant ○has ⦿has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant ○has ⦿has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant ○has ⦿has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. **(See Page 3)**

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
USDC (CDIL; NDIL; NDIN; EDMI; WDMI; EDWI; WDWI)

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Jason M. Torf do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 07/10/2019   Signature /s/ Jason M. Torf   (/s/Signature)

Application Continued on Page 2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Jason M. Torf
Bar Number /State 6256778 / Illinois
Firm Name: Ice Miller LLP
Address/P.O. Box: 200 W. Madison Street, Suite 3500
City/State/Zip: Chicago, IL 60606-3417
Telephone #: 312-726-6244
Fax #: 312-726-6214
E-mail Address: Jason.Torf@icemiller.com
Secondary E-Mail Address: _____

This application has been approved for the court on: _____

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk