

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

07/16/2019

IN RE:
International Restaurant Group, LLC
2002 Candlewyck Crossing
Allen, TX 75013
EIN: 35-2553028
Debtor

Case No. 19-40762 btr
Chapter: 11

**ORDER APPROVING APPLICATION**
**FOR ADMISSION PRO HAC VICE**

ON July 10, 2019, an application was filed by Jason Torf (the Applicant) for admission to practice before this Court *pro hac vice* (the "Application") in the above-referenced case. The Court has reviewed the Application and finds that the Application substantially complies with the requirements of Local Rules regarding admission on a *pro hac vice* basis. Accordingly, good cause exists for the entry of the following order:

**IT IS THERFORE ORDERED** that the Application for Pro Hac Vice Admission filed on July 10, 2019 by Jason Torf is **GRANTED**, subject to the requirement that all attorneys admitted to practice before this Court shall file all documents by electronic means pursuant to General Order 04-1, a copy of which may be reviewed at www.txeb.uscourts.gov.

Signed on 7/16/2019

*Brenda T. Rhoades*   SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE