Label Matrix for local noticing
0540-4
Case 19-40762
Eastern District of Texas
Sherman
Tue Jul 16 14:23:43 CDT 2019

AT&T
PO Box 769
Arlington, TX 76004-0769

ATMOS ENERGY CORPORATION
ATTN: BANKRUPTCY GROUP
PO BOX 650205
DALLAS, TX 75265-0205

BBVA - Compass Bank
P O Box 192
Birmingham, AL 35201-0192

Balch Springs Grandys
12011 Elam Rd.
Balch Springs, TX 75180-2822

Captain D's, LLC
c/o Nowak & Stauch, PLLC
10000 North Central Expressway
Suite 1040
Dallas, Texas 75231-2322

Carrollton-Farmers Branch ISD
c/o Perdue Brandon Fielder et al
1919 S Shiloh Rd
#310, LB 40
Garland, TX 75042

City of Balch Springs
13503 Alexander Rd.
Mesquite, TX 75181-3401

(p)CITY OF DALLAS
C O CITY SECRETARYS OFFICE
DALLAS CITY HALL
1500 MARILLA STREET ROOM 5D SOUTH
DALLAS TX 75201-6390

City of Denton Tax Office
601 E. Hickory St.
Denton, TX 76205-4304

City of Frisco
Linebarger, Goggan, Blair & Sampson, LLC
c/o Laurie A. Spindler
2777 N. Stemmons Freeway Suite 1000
Dallas, TX 75207-2328

City of Garland
c/o Perdue Brandon Fielder et al
1919 S Shiloh Rd
#310, LB 40
Garland, TX 75042

City of Mckinney
210 N. Tennessee St.
Irving, TX 75060

CoServ Gas
7701 S. Stemmons
Corinth, TX 76210

Collin County Tax Assessor Collection
2300 Bloodale Rd., Ste 2324
McKinney, TX 75071-8517

Comptroller
117 E. 17th Street
Austin, TX 78701

Coserv Electric
7701 S. Stemmons
Corinth, TX 76210

DNA Security
117 E. Main St.
Grand Prairie, TX 75050-5722

Dallas County
Linebarger, Goggan, Blair & Sampson, LLC
c/o Laurie A. Spindler
2777 N. Stemmons Freeway Suite 1000
Dallas, TX 75207-2328

Del Taco, LLC
C/O Trinitee Gale Green
Bryan Cave Leighton Paisner
161 N. Clark Street, Suite 4300
Chicago, IL 60601-3315



Denton County
c/o Tara LeDay
PO Box 1269
Round Rock, TX 78680-1269

Denton Grandys
3450 E. McKinney St.
Denton, TX 76209-6435

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Disch Network
9601 S. Meridian Blvd.
Englewood, CO 80112-5905

Engie Resources
1990 Post Oak Boulevard, Ste. 1900
Houston, TX 77056-3831

FC Marketplace, LLC
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0702

Fortworth Grands
7201 Camp Bowie Blvd.
Fort Worth, TX 76116

Frisco Grandys
8333 Preston Rd.
McKinney, TX 75069

Frisco Utilites
6101 Frisco Square Blvd.
Frisco, TX 75034-3253

(p)FRONTIER COMMUNICATIONS
BANKRUPTCY DEPT
19 JOHN STREET
MIDDLETOWN NY 10940-4918

Funding Circle
747 Front Street
4th Floor
San Francisco California 94111-1922

Garland Grandys
2155 Northwest Hwy
Garland, TX 75041-4839

Garland ISD
% Perdue Brandon Fielder Et Al
1919 S. Shiloh Rd
Suite 310, LB 40
Garland, TX 75042-8234

Gordon Food Serv
1300 Gezon Pkwy SW
Wyoming, MI 49509-9302

Grandy's
Michael T. Folks
624 Grassmere Park Drive
Suite 30
Nashville, TN 37211-3671

Grandy's, LLC
Nowak & Stauch, PLLC
c/o Ryan C. Gentry
10000 North Central Expressway
Suite 1040
Dallas, TX 75231-2322

Green Bank
4000 Greenbriar St
Houston, TX 77098-5204

Hme
2848 Whiptail Loop
Carlsbad, CA 92010-6708

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

IRS
P.O. Box 7346
Philadelphia PA 19101-7346

Jim Miller Grandys
8228 E. RL Thornton Fwy.
Dallas, TX 75228-7104

Lewisville Grandys
401 S. Stemmons Frw.
Lewisville, TX 75067-4558

Lewisville ISD
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie A. Spindler
2777 N. Stemmons Frwy
Suite 1000
Dallas, TX 75207-2328

McLane Food Services
2085 Midway Road
Carrollton, TX 75006-5063

Mckinney Grandys
1614 W. University Rd.
McKinney, TX 75069-3444

Mesquite Grandys
2009 Town East Blvd.
Mesquite, TX 75150-4037

Mesquite ISD
P.O. Box 850267
Mesquite, TX 75185-0267

Mission Restaurant
PO Box 10310
San Antonio, TX 78210-0310

(p)NATIONWIDE INSURANCE
SERVICE OF PROCESS TEAM
THREE NATIONWIDE PLAZA
MAIL CODE 3-11-310
COLUMBUS OH 43215-2410

Nuco2
2800 SE Market Place
Stuart, FL 34997-4965

Polk Grandys
3738 Marvin D Love Frwy
Dallas, TX 75224-4414

RBS
PO BOX 7092
Bridgeport, CT 06601-7092

Reliant
PO Box 3765
Houston, TX 77253-3765

Reliant Metro
10817 W. County RD. 60
Midland, TX 79707-9017

Republic Services
18500 N. Allied Way
Phoenix, AZ 85054-3101

Rockwall CAD
Linebarger Goggan Blair & Sampson,LLP
c/o Laurie A. Spindler
2777 N. Stemmons Frwy
Suite 1000
Dallas, TX 75207-2328

[redacted]

Rockwall Grandys
726 I-30 Frontage Rd.
Rockwall, TX 75087

Simplicity Capital
3308 Preston Road
Suite 350
Plano, TX 75093-7471

Simplicity Capital LLC
c/o Patrick J. Schurr
SCHEEF & STONE, L.L.P.
2600 Network Bouevard
Suite 400
Frisco, Te 75034-6010

Skillman Captain Ds.
6216 Retail Rd.
Dallas, TX 75231-7825

State of Texas
1019 Brazos St.
Austin, TX 78701-2413

[redacted]

Texas Comptroller of Public Accounts
E. Stuart Phillips
c/o Sherri K. Simpson, Paralegal
P.O. Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public Accounts
c/o Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX  78711-2548

Texas Workforce Commission
101 East 15th Street Room 651
Austin, tx 78778-0091

[redacted]

[redacted]

Valwood Grandys
1753 I-35
Carrollton, TX 75006-7417

Waste Management of Texas, Inc.
2625 W. Grandview Rd. Suite 150
Phoenix, AZ 85023-3109

ZDIN Fortune Group LLC
1310 Solana Blvd
Suite 1300
Roanoke, TX 76262

| | | |
|---|---|---|
| City of Dallas<br>1500 Marilla St. #4 an<br>Dallas, TX 75201 | City of Frisco<br>6101 Frisco Square Boulevard<br>Frisco, TX 75034 | Direct TV<br>2230 E. Imperial Hwy FL 10<br>El Segundo, CA 90245-3504 |
| Frontier Communications<br>PO Box 20550<br>Rochester, NY 14602-0550 | (d)Frontier Communications<br>PO Box 20550<br>Rochester, NY 14602-0550 | IRS<br>1100 Commerce<br>Mail Code 5027<br>Dallas, TX 75242 |
| (d)IRS<br>1100 Commerce<br>Mail Code 5027<br>Dallas, TX 75242 | Nationwide Insurance<br>One Nationwide Plaza<br>Columbus, OH 43215-2220 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)AT&T<br>PO Box 769<br>Arlington, TX 76004-0769 | (d)Atmos Energy<br>PO Box 650205<br>Dallas, TX 75265-0205 | (d)City of Mckinney<br>210 N. Tennessee St.<br>Irving, TX 75060 |
| (d)Collin County Tax Assessor Collection<br>2300 Bloodale Rd., Ste 2324<br>McKinney, TX 75071-8517 | (d)Dallas County Tax Assessor<br>1202 Elm Street<br>Suite 2600<br>Dallas, TX 75270 | (d)Denton County<br>Steve Mossman, Denton Co.<br>PO Box 90223<br>Denton, TX 76202-5223 |
| (d)FC Marketplace, LLC<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0702 | (d)Frisco Utilites<br>6101 Frisco Square Blvd.<br>Frisco, TX 75034-3253 | (d)Gordon Food Serv<br>1300 Gezon Pkwy SW<br>Wyoming, MI 49509-9302 |
| (d)Green Bank<br>4000 Greenbriar St<br>Houston, TX 77098-5204 | (d)Hme<br>2848 Whiptail Loop<br>Carlsbad, CA 92010-6708 | (d)McLane Food Services<br>2085 Midway Road<br>Carrollton, TX 75006-5063 |
| (d)Mesquite ISD<br>P.O. Box 850267<br>Mesquite, TX 75185-0267 | (d)Mission Restaurant<br>PO Box 10310<br>San Antonio, TX 78210-0310 | (d)Nuco2<br>2800 SE Market Place<br>Stuart, FL 34997-4965 |
| (d)RBS<br>PO Box 7092<br>Bridgeport, CT 06601-7092 | (u)Syen Ali | End of Label Matrix<br>Mailable recipients   84<br>Bypassed recipients   17<br>Total                 101 |