EXHIBIT A: INVOICE SUMMARY

| INTERNATIONAL RESTAURANT GROUP, LLC | BANKRUPTCY CASE #19-40762 | FILED ON 3/22/2019 |
|---|---|---|

**Grandy's FM #423 - 100183909**
**Grandy's Frisco - 100157468**
**Grandy's McKinney - 100150248**
**Grandy's Balch Springs - 100176597**
**Grandy's Denton East - 100157475**
**Grandy's Rockwall - 100170160**

| | TOTAL CLAIM | 503(b)(9) |
|---|---|---|
| | $20,232.94 | $20,052.94 |

| CUSTOMER | TRANSACTION # | TRANSACTION DATE | TRANSACTION TYPE | AMOUNT | DUE DATE | NOTES | FEES |
|---|---|---|---|---|---|---|---|
| 100183909 | 192905311 | 3/19/2019 | Invoice | $2,608.59 | 3/26/2019 | NSF PAYMENT 32619 | |
| 100183909 | | | | | | NSF FEE | $30.00 |
| 100157468 | 192886252 | 3/18/2019 | Invoice | $144.12 | 3/25/2019 | NSF PAYMENT 32619 | |
| 100157468 | 192911690 | 3/19/2019 | Invoice | $2,208.54 | 3/26/2019 | NSF PAYMENT 32619 | |
| 100157468 | | | | | | NSF FEE | $30.00 |
| 100150248 | 192886258 | 3/18/2019 | Invoice | $2,391.37 | 3/29/2019 | NSF PAYMENT 32919 | |
| 100150248 | 12646620 | 3/21/2019 | Credit Memo | ($52.59) | 3/29/2019 | NSF PAYMENT 32919 | |
| 100150248 | 192974373 | 3/21/2019 | Invoice | $2,049.98 | 3/29/2019 | NSF PAYMENT 32919 | |
| 100150248 | 12654209 | 3/22/2019 | Credit Memo | ($73.26) | 3/29/2019 | NSF PAYMENT 32919 | |
| 100150248 | 193001288 | 3/22/2019 | Invoice | $86.25 | 3/29/2019 | NSF PAYMENT 32919 | |
| 100150248 | | | | | | NSF FEE | $30.00 |
| 100176597 | 192907132 | Q3/19/2019 | Invoice | $3,844.35 | 3/26/2019 | NSF PAYMENT 32619 | |
| 100176597 | | | | | | NSF FEE | $30.00 |
| 100157475 | 12640932 | 3/19/2019 | Credit Memo | ($21.28) | 3/26/2019 | NSF PAYMENT 32619 | |
| 100157475 | 192892753 | 3/19/2019 | Invoice | $60.22 | 3/26/2019 | NSF PAYMENT 32619 | |
| 100157475 | 192912795 | 3/19/2019 | Invoice | $1,530.22 | 3/26/2019 | NSF PAYMENT 32619 | |
| 100157475 | | | | | | NSF FEE | $30.00 |
| 100170160 | 192995747 | 3/22/2019 | Invoice | $2,635.84 | 3/29/2019 | NSF PAYMENT 32619 | |
| 100170160 | 192910582 | 3/19/2019 | Invoice | $2,640.59 | 3/26/2019 | NSF PAYMENT 32619 | |
| 100170160 | | | | | | NSF FEE | $30.00 |
| | | | | $20,052.94 | | | $180.00 |

EXHIBIT A: INVOICE SUMMARY

| AL RAHUM ENTERPRISES, LLC | Bankruptcy Case #19-40763 | Filed on 3/22/2019 | | | | |
|---|---|---|---|---|---|---|
| **Grandy's #501 - 100129076** | | | | | **TOTAL CLAIM** | **503(b)(9)** |
| **Grandy's #503 - 100127695** | | | | | **$8,997.21** | **$8,817.21** |
| **Grandy's #730 - 100127696** | | | | | | |

| CUSTOMER | TRANSACTION # | TRANSACTION DATE | TRANSACTION TYPE | AMOUNT | DUE DATE | NOTES | FEES |
|---|---|---|---|---|---|---|---|
| 100129076 | 192852273 | 3/16/2019 | Invoice | $78.75 | 3/23/2019 | NSF PAYMENT 32519 | |
| 100129076 | | | | | | NSF FEE | $30.00 |
| 100129076 | 192890718 | 3/19/2019 | Invoice | $331.64 | 3/26/2019 | NSF PAYMENT 32619 | |
| 100129076 | | | | | | NSF FEE | $30.00 |
| 100129076 | 192920512 | 3/20/2019 | Invoice | $50.52 | 3/27/2019 | NSF PAYMENT 32719 | |
| 100129076 | 192938251 | 3/20/2019 | Invoice | $2,672.68 | 3/27/2019 | NSF PAYMENT 32719 | |
| 100129076 | 12776115 | 4/18/2019 | Credit Memo | ($13.44) | 4/18/2019 | NSF PAYMENT 32719 | |
| 100129076 | | | | | | NSF FEE | $30.00 |
| 100127695 | 192854561 | 3/16/2019 | Invoice | $2,627.41 | 3/23/2019 | NSF PAYMENT 32319 | |
| 100127695 | | | | | | NSF FEE | $30.00 |
| 100127695 | 192934443 | 3/20/2019 | Invoice | $2,309.05 | 3/27/2019 | NSF PAYMENT 32719 | |
| 100127695 | 12776106 | 4/18/2019 | Credit Memo | ($14.04) | 4/18/2019 | NSF PAYMENT 32719 | |
| 100127695 | | | | | | NSF FEE | $30.00 |
| 100127696 | 192524578 | 3/2/2019 | Invoice | $40.78 | 3/9/2019 | NSF PAYMENT 30919 | |
| 100127696 | 192524582 | 3/2/2019 | Invoice | $733.86 | 3/9/2019 | NSF PAYMENT 30919 | |
| 100127696 | | | | | | NSF FEE | $30.00 |
| | | | | **$8,817.21** | | | **$180.00** |

EXHIBIT A: INVOICE SUMMARY

| AL RAHUM HOLDINGS, LLC | BANKRUPTCY CASE #19-40764 | | | FILED ON 3/22/2019 | | | |
|---|---|---|---|---|---|---|---|
| Grandy's #726 - 100127683 | | | | | | | |
| Grandy's #771 - 100127689 | | | | | | | |
| Grandy's Garland - 100151187 | | | | | | **Total Claim** | **503(b)(9)** |
| Grandy's Mesquite - 100176609 | | | | | | **$26,421.65** | **$26,211.65** |
| | | | | | | | |
| **CUSTOMER** | **TRANSACTION #** | **TRANSACTION DATE** | **TRANSACTION TYPE** | **AMOUNT** | **DUE DATE** | **NOTES** | **FEES** |
| 100127683 | 12633585 | 3/16/2019 | Credit Memo | ($172.38) | 3/23/2019 | NSF PAYMENT 32519 | |
| 100127683 | | | | | | NSF FEE | $30.00 |
| 100127683 | 192853578 | 3/16/2019 | Invoice | $1,925.68 | 3/23/2019 | NSF PAYMENT 32519 | |
| 100127683 | 192934525 | 3/20/2019 | Invoice | $4,735.18 | 3/27/2019 | NSF PAYMENT 32719 | |
| 100127683 | | | | | | NSF FEE | $30.00 |
| 100127689 | 12648232 | 3/21/2019 | Credit Memo | ($6.00) | 3/28/2019 | NSF PAYMENT 32519 | |
| 100127689 | 192968220 | 3/21/2019 | Invoice | $3,085.13 | 3/28/2019 | NSF PAYMENT 32519 | |
| 100127689 | 12654239 | 3/22/2019 | Credit Memo | ($176.04) | 3/29/2019 | NSF PAYMENT 32519 | |
| 100127689 | 193002768 | 3/22/2019 | Invoice | $207.13 | 3/29/2019 | NSF PAYMENT 32519 | |
| 100127689 | 192852271 | 3/16/2019 | Invoice | $474.91 | 3/23/2019 | NSF PAYMENT 32519 | |
| 100127689 | 192853577 | 3/16/2019 | Invoice | $299.95 | 3/23/2019 | NSF PAYMENT 32519 | |
| 100127689 | | | | | | NSF FEE | $30.00 |
| 100127689 | 192883277 | 3/18/2019 | Invoice | $3,296.79 | 3/25/2019 | NSF PAYMENT 32619 | |
| 100127689 | | | | | | NSF FEE | $30.00 |
| 100151187 | 192853576 | 3/16/2019 | Invoice | $530.53 | 3/23/2019 | NSF PAYMENT 32519 | |
| 100151187 | | | | | | NSF FEE | $30.00 |
| 100151187 | 12643314 | 3/20/2019 | Credit Memo | ($23.76) | 3/27/2019 | NSF PAYMENT 32719 | |
| 100151187 | 192929110 | 3/20/2019 | Invoice | $4,606.57 | 3/27/2019 | NSF PAYMENT 32719 | |
| 100151187 | | | | | | NSF FEE | $30.00 |
| 100176609 | 192930048 | 3/20/2019 | Invoice | $7,427.96 | 3/27/2019 | NSF PAYMENT 32719 | |
| 100176609 | | | | | | NSF FEE | $30.00 |
| | | | | $26,211.65 | | | $210.00 |