

EOD
08/20/2019

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| INTERNATIONAL RESTAURANT GROUP, LLC, et al., | Case No. 19-40762 |
| | (Jointly Administered) |
| Debtors.[1] | |

### ORDER GRANTING APPLICATION OF GORDON FOOD SERVICE INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE PRIORITY CLAIM

This matter comes before the Court on the APPLICATION OF GORDON FOOD SERVICE INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE PRIORITY CLAIM (the "Application"). For good cause shown, the application is hereby **GRANTED**. It is therefore **ORDERED** that:

1. GFS is allowed an administrative claim against Debtor International Restaurant Group, LLC for the value of the 20-Day Goods delivered to it in the amount of $20,052.94;

2. GFS is allowed an administrative claim against Debtor Al Rahum Enterprises, LLC for the value of the 20-Day Goods delivered to it in the amount of $8,817.21; and

3. GFS is allowed an administrative claim against Debtor Al Rahum Holdings, LLC for the value of the 20-Day Goods delivered to it in the amount of $26,211.65.

Signed on 8/20/2019

*Brenda T. Rhoades*   SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these jointly administered cases are International Restaurant Group, LLC (Case No. 19-40762), Al Rahum Enterprises, LLC (Case No. 19-40763), and Al Rahum Holdings, LLC (Case No. 19-40764).

CO\6192066.1